# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0046 • E: Joshua@levinepstein.com

December 12, 2023

*Via Electronic Filing*
The Honorable Taryn A. Merkl, U.S.M.J.
U.S. District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

              Re:    *John v. Kerala Spices Restaurant Inc., et al*
                        Case No.: 22-cv-02797

Dear Honorable Magistrate Judge Merkl:

      This law firm represents Plaintiff Varghese John (the "Plaintiff") in the above-referenced matter. This letter is submitted jointly with counsel for Defendants Kerala Spices Restaurant Inc., Monachan Mathai a/k/a "Matthew" Mathai, and Rajan Koshy (collectively, the "Defendants").

      Out of an abundance of caution, the following letter respectfully serves to advise the Court that the parties have agreed to dispose of the instant action through the filing of an offer of judgment, pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 68. *See Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 402 (2d Cir. 2019).

      In light of the foregoing, the parties respectfully request to, through and including, December 29, 2023 to file the necessary paperwork to effectuate the disposition of the instant matter.

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                                Respectfully submitted,

                                LEVIN-EPSTEIN & ASSOCIATES, P.C.

                              By: */s/ Jason Mizrahi*
                                   Jason Mizrahi, Esq.
                                   60 East 42nd Street, Suite 4700
                                   New York, New York 10165
                                   Tel. No.:  (212) 792-0048
                                   Email: Jason@levinepstein.com
                                   *Attorneys for Plaintiffs*

VIA ECF: All Counsel